FILED: April 12, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4201
(3:21-cr-00042-JAG-1)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellant

v.

KEITH RODNEY MOORE

   Defendant - Appellee

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:21-cr-00042-JAG-1 |
| Date notice of appeal filed in originating court: | 04/08/2024 |
| Appellant | US |
| Appellate Case Number | 24-4201 |
| Case Manager | Emily Borneisen<br>804-916-2704 |