FILED: April 12, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4201
(3:21-cr-00042-JAG-1)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellant

v.

KEITH RODNEY MOORE

   Defendant - Appellee

_____

O R D E R
_____

The court appoints the Federal Defender for the Eastern District of Virginia to represent Keith Rodney Moore in this case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk