IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | )  No. 24-4201 |
| | ) |
| KEITH RODNEY MOORE, | ) |
| | ) |
| Defendant-Appellee. | ) |

**Government's Unopposed Motion for an Extension
of Time to File Its Opening Brief and the Joint Appendix**

The government's opening brief and the joint appendix in this matter are currently due on June 3, 2024. The government respectfully moves this Court for a 30-day extension, until July 3, 2024, to file its opening brief and the joint appendix. The government has consulted with defense counsel, who does not oppose this request.

The government has not previously sought an extension in this case. The government is proceeding diligently in preparing its opening brief and the joint appendix but believes that an extension is warranted. In recent weeks, the undersigned prepared the government's opening brief and joint appendix in *United States v. Ray*, No. 24-4024 (filed on May 3, 2024), the government's response to the postconviction motion in *United States v. Richardson*, No. 3:00-cr-383 (E.D. Va. filed on May 20, 2024), and the government's memorandum response

brief in *United States v. Vane*, No. 24-4257 (filed on May 24, 2024). The undersigned is also responsible for reviewing the government's response briefs in *United States v. Butkiewicz*, No. 23-4672 (due on May 31, 2024), *United States v. Rosales*, No. 23-4673 (due on June 5, 2024), *United States v. Crawley*, No. 24-6257 (due on June 5, 2024), and *United States v. Alvarado Dubon*, No. 24-4076 (due on June 7, 2024).

Given this recent activity, as well as other obligations, an extension of the filing deadline would assist the government in preparing its opening brief in this matter. Therefore, the government requests a 30-day extension, until July 3, 2024, to file its opening brief and the joint appendix.

                                            Respectfully submitted,

                                            Jessica D. Aber
                                            United States Attorney

By:             /s/
                    Jacqueline R. Bechara
                    Assistant United States Attorney
                    Eastern District of Virginia
                    2100 Jamieson Avenue
                    Alexandria, Virginia 22314
                    (703) 299-3700