IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Appellant, | ) ) ) | |
| v. | ) ) | No. 24-4201 |
| KEITH RODNEY MOORE, | ) ) ) | |
| Defendant-Appellee. | ) ) | |

**Government's Unopposed Motion for an Extension
of Time to File Its Opening Brief and the Joint Appendix**

The government's opening brief and the joint appendix in this matter are currently due on July 3, 2024. The government respectfully moves this Court for a 30-day extension, until August 2, 2024, to file its opening brief and the joint appendix. The government has consulted with defense counsel, who does not oppose this request.

The government is proceeding diligently in preparing its opening brief and the joint appendix but believes that an extension is warranted. In recent weeks, the undersigned prepared the government's supplemental trial brief in *United States v. Dixie*, No. 4:22-cr-74 (E.D. Va. filed on June 1, 2024), and substantially revised the government's response briefs in in *United States v. Crawley*, No. 24-6257 (filed on June 5, 2024), *United States v. Alvarado Dubon*, No. 24-4076 (filed on

June 7, 2024), *United States v. Mattocks*, No. 23-4271 (filed on June 17, 2024), and *United States v. Rosales*, No. 23-4673 (filed on June 20, 2024).

Currently, the undersigned is preparing for oral argument before this Court in *United States v. Vane*, No. 24-4257 (calendared for July 9, 2024). The undersigned is also preparing the government's response brief in *United States v. Adamiak*, No. 23-4451 (due on July 22, 2024).

Given this recent activity, as well as other obligations, an extension of the filing deadline would assist the government in preparing its opening brief in this matter. Therefore, the government requests a 30-day extension, until August 2, 2024, to file its opening brief and the joint appendix.

        Respectfully submitted,

        Jessica D. Aber
        United States Attorney

By:       /s/
        Jacqueline R. Bechara
        Assistant United States Attorney
        Eastern District of Virginia
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        (703) 299-3700