IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Appellant, )<br>)<br>v. )       No. 24-4201<br>)<br>KEITH RODNEY MOORE, )<br>)<br>Defendant-Appellee. ) | |

## Government's Unopposed Motion for an Extension of Time to File Its Opening Brief and the Joint Appendix

The government's opening brief and the joint appendix in this matter are currently due on August 2, 2024. The government respectfully moves this Court for a 28-day extension, until August 30, 2024, to file its opening brief and the joint appendix. The government has consulted with defense counsel, who does not oppose this request.

The government is proceeding diligently in preparing its opening brief and the joint appendix but believes that an extension is warranted. In recent weeks, the undersigned devoted substantial time to preparing for oral argument before this Court in *United States v. Vane*, No. 24-4257 (argued on July 9, 2024). Since then, the undersigned was responsible for reviewing the government's response briefs in *United States v. Melaku*, No. 24-4059 (filed on July 11, 2024), and *United States v. Castro-Aleman*, No. 24-4032 (filed on July 22, 2024), and reviewing the

government's opening brief in *United States v. Fitzpatrick*, No. 24-4102 (filed on July 29, 2024). During the week of July 22 to 26, the undersigned incurred additional administrative responsibilities during her office's review by the Evaluation and Review Staff of the Executive Office for U.S. Attorneys. Meanwhile, the undersigned spent considerable time preparing the government's response brief in *United States v. Adamiak*, No. 23-4451 (filed on July 29, 2024), an appeal from a lengthy trial record presenting several complex issues.

Given this recent activity, as well as other obligations, an extension of the filing deadline would assist the government in preparing its opening brief in this matter. Therefore, the government requests a 28-day extension, until August 30, 2024, to file its opening brief and the joint appendix.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:  _____/s/_____
Jacqueline R. Bechara
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700