IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | No. 24-4201 |
| ) | |
| KEITH RODNEY MOORE, ) | |
| ) | |
| Defendant-Appellee. ) | |

**Government's Unopposed Motion for an Extension
of Time to File Its Opening Brief and the Joint Appendix**

The government's opening brief and the joint appendix in this matter are currently due on August 30, 2024. The government respectfully moves this Court for a 7-day extension, until September 6, 2024, to file its opening brief and the joint appendix. The government has consulted with defense counsel, who does not oppose this request.

The undersigned is making every effort to complete the government's opening brief but requires a short, additional extension of time. This case is a government appeal from the district court's order dismissing the indictment. Although the undersigned has made substantial progress in preparing the brief, several other attorneys within the Department of Justice must review the brief before the undersigned can file it. Because the district court dismissed the

indictment, the defendant is not in custody and will not be prejudiced by this short additional delay.

Moreover, the undersigned has faced multiple challenges in completing the brief in recent weeks. During the first two weeks of August, the undersigned conducted thirteen interviews to fill the vacant position in her unit and presented a training for all Assistant U.S. Attorneys in the Criminal Division of the Eastern District of Virginia. The undersigned then contracted the flu, from which she is still recovering, which delayed her progress in completing this brief and other matters. Meanwhile, the undersigned was responsible for formulating the government's responses, which are due starting on August 26, 2024, to motions to place twenty direct appeals in abeyance.[1] The undersigned is also currently preparing the government's response to the motion to dismiss the appeal in *United States v. Vane*, No. 24-4257 (due on August 28, 2024).

---

[1] Those cases are *United States v. Finney*, No. 23-4599, *United States v. Malone*, No. 23-4678, *United States v. Thornton*, No. 24-4082, *United States v. Lane*, No. 24-4083, *United States v. Bush*, No. 24-4117, *United States v. Terry*, No. 24-4133, *United States v. Martin*, No. 24-4134, *United States v. Greene*, No. 24-4140, *United States v. Coleman*, No. 24-4168, *United States v. Osborne*, No. 24-4173, *United States v. Coles*, No. 24-4188, *United States v. Marrow*, No. 24-4191, *United States v. Anderson*, No. 24-4198, *United States v. Mason*, No. 24-4214, *United States v. Bland*, No. 24-4230, *United States v. Fowler*, No. 24-4269, *United States v. Perry*, No. 24-4277, *United States v. Allen*, No. 24-4283, *United States v. Mitchell*, No. 24-4280, *United States v. Brown*, No. 24-4295, and *United States v. Seward*, No. 24-4302.

Given this recent activity, as well as other obligations, an extension of the filing deadline would assist the government in preparing its opening brief in this matter. Therefore, the government requests a 7-day extension, until September 6, 2024, to file its opening brief and the joint appendix.

                              Respectfully submitted,

                              Jessica D. Aber
                              United States Attorney

By:             /s/
                              Jacqueline R. Bechara
                              Assistant United States Attorney
                              Eastern District of Virginia
                              2100 Jamieson Avenue
                              Alexandria, Virginia 22314
                              (703) 299-3700