FILED: August 26, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4201
(3:21-cr-00042-JAG-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

KEITH RODNEY MOORE

      Defendant - Appellee

_____

O R D E R

_____

The court denies the motion for extension of time to file the opening brief and joint appendix.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk