**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 3, 2024

_____

N O T I C E

_____

No. 24-4201,   US v. Keith Moore
              3:21-cr-00042-JAG-1

TO: Counsel

It appears that the joint appendix in this case contains references to information that should be redacted pursuant to Local Rule 25(c)(3)(C). Please redact personal identifiers such as:

An individual's social security number, an individual's tax identification number, a minor's name, a person's birth date, a financial account number, and (in a criminal case) a person's home address, must be excluded or partially redacted from filings in accordance with FRAP 25(a)(5).

Please file the corrected joint appendix (all volumes) by 09/09/2024. Corrected paper copies are not required.

Emily Borneisen, Deputy Clerk
804-916-2704