IN THE
# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

No. 24-4201

UNITED STATES OF AMERICA,

*Plaintiff-Appellant*,

v.

KEITH RODNEY MOORE,

*Defendant-Appellee*.

Appeal from the United States District Court
for the Eastern District of Virginia
at Richmond
*The Honorable John A. Gibney, District Judge*

CORRECTED JOINT APPENDIX
VOLUME VI OF VI (DIGITAL MEDIA)

| | |
|---|---|
| Geremy C. Kamens | Jessica D. Aber |
| Federal Public Defender | United States Attorney |
| | |
| Patrick L. Bryant | Jacqueline R. Bechara |
| Assistant Federal Public Defender | Assistant United States Attorney |
| 1650 King Street, Suite 500 | 2100 Jamieson Avenue |
| Alexandria, Virginia 22314 | Alexandria, Virginia 22314 |
| (703) 600-0800 | (703) 299-3700 |
| | |
| *Counsel for Keith Moore (continued)* | *Counsel for the United States (continued)* |

| | |
|---|---|
| Amy L. Austin | Shea M. Gibbons |
| Laura J. Koenig | Erik S. Siebert |
| Assistant Federal Public Defenders | Assistant United States Attorneys |
| 701 East Broad Street | 919 East Main Street |
| Suite 3600 | Suite 1900 |
| Richmond, Virginia 23219 | Richmond, Virginia 23219 |
| (804) 565-0880 | (804) 819-5400 |
| *Additional Counsel for Keith Moore* | *Additional Counsel for the United States* |

## Table of Contents

**Description**                                                                                                               **Page**

**Volume I**

District Court Docket Sheet (as of Aug. 23, 2024) ...................................................... 1

Indictment (May 4, 2021, Doc. No. 3) ........................................................................ 16

Moore's Motion to Suppress Evidence and Statements
    (June 21, 2021, Doc. No. 17) ................................................................................ 18

Government's Opposition to Motion to Suppress Evidence and Statements
    (July 6, 2021, Doc. No. 22) .................................................................................. 25

Moore's Reply to Government's Response to Motion to Suppress Evidence
    and Statements (July 13, 2021, Doc. No. 28) ..................................................... 40

Transcript of Motion Hearing (July 26, 2021, Doc. No. 33) ..................................... 45

    Testimony of Dominic Collombo:

    Direct Examination by Mr. Elliker .................................................................... 50
    Cross Examination by Ms. Koenig .................................................................... 64

    Testimony of Keegan Mills:

    Direct Examination by Mr. Elliker .................................................................... 91
    Cross Examination by Ms. Koenig .................................................................. 100

    Testimony of Jakob Torres:

    Direct Examination by Mr. Elliker .................................................................. 136
    Cross Examination by Ms. Koenig .................................................................. 143

Testimony of Nakia Williams:

    Direct Examination by Mr. Elliker ............................................................... 145
    Cross Examination by Ms. Koenig ............................................................... 156

Testimony of Michael Spinos:

    Direct Examination by Mr. Elliker ................................................................ 176
    Cross Examination by Ms. Koenig ............................................................... 182

Testimony of John Gilbert:

    Direct Examination by Mr. Elliker ................................................................ 188
    Cross Examination by Ms. Koenig ............................................................... 198

Testimony of Lee Hush:

    Direct Examination by Ms. Koenig .............................................................. 201

Selected Government Exhibits to July 26, 2021, Motion Hearing

    Gov. Exhibit 3, Photograph of Moore's car, dated Dec. 5, 2020 .................... 221

    Gov. Exhibit 6, Photograph of firearm seized from Moore's car .................. 222

    Gov. Exhibit 10, Moore's license plate ......................................................... 223

Defense Exhibits to July 26, 2021, Motion Hearing

    Def. Exhibit A, Hanover Traffic Ticket, dated Oct. 9, 2020 ......................... 224

    Def. Exhibit C, 0485 Map .............................................................................. 228

    Def. Exhibit I, Richmond Police Department
    Incident/Investigation Report, dated Dec. 5, 2020 ........................................ 229

Def. Exhibit J, 0485 Net Viewer Event Information ......................................238

Def. Exhibit K, 0497 Net Viewer Event Information .....................................242

Def. Exhibit L, 0502 Net Viewer Event Information .....................................248

Def. Exhibit N, 0571 Net Viewer Event Information .....................................253

Def. Exhibit O, 0574 Net Viewer Event Information .....................................257

Def. Exhibit P, 0579 Net Viewer Event Information......................................262

Def. Exhibit Q, Axon Report for Keegan Mills.............................................265

Def. Exhibit R1, University of Virginia Dot Map of Richmond ...................267

Def. Exhibit R2, University of Virginia Dot Map of Richmond ...................268

Def. Exhibit W, 0579 Net Viewer Event Unit ...............................................269

Def. Exhibit X1, Boundaries of Richmond Police Precinct 1........................276

Def. Exhibit X2, Boundaries of Richmond Police Precinct 2........................277

Def. Exhibit X3, Boundaries of Richmond Police Precinct 3........................278

Def. Exhibit X4, Boundaries of Richmond Police Precinct 4........................279

Def. Exhibit Y1, Screen Capture of Richmond Police Department Stops by Race and Stops by Ethnicity .........................................................280

Def. Exhibit Y2, Screen Capture of Richmond Police Department Stops by Gender and Vehicles Searched during a stop.................................281

Order (July 27, 2021, Doc. No. 31) ................................................................282

Supplement to Moore's Motion to Suppress Evidence and Statements
 (Aug. 3, 2021, Doc. No. 32) ........................................................................... 283

Government's Supplemental Response to Motion to Suppress
 Evidence and Statements (Aug. 12, 2021, Doc. No. 36) ............................... 297

Transcript of Motion Hearing (Sept. 15, 2021, Doc. No. 137) ............................. 317

Order (Sept. 15, 2021, Doc. No. 44) ..................................................................... 339

Moore's Second Supplement to Motion to Suppress Evidence and Statements
 (Mar. 9, 2022, Doc. No. 66) ........................................................................... 340

 Def. Exhibit A, Dr. Eli Coston, Traffic Stops by the Richmond Police
  Department: July 1, 2020 – December 6, 2020 ....................................... 353

 Def. Exhibit B, Emma Pierson et al., A large-scale analysis of racial
  disparities in police stops across the United States,
  dated July 2020 ......................................................................................... 367

 Def. Exhibit C, McGuire Woods,
  Zoning and Segregation in Virginia: Part 1 ............................................ 379

 Def. Exhibit D, Why is Richmond still segregated?,
  Richmond Times Dispatch, dated May 3, 2015 ....................................... 387

 Def. Exhibit E, Mark Bowes, Traffic Arrest Pattern; In Chesterfield,
  29% Are Black and Almost 69% Are White, dated July 15, 2001 ........ 403

 Def. Exhibit F, Richmond Transparency and Accountability Project,
  Our Streets, Our Say: Policing in Richmond, dated June 2019 ............. 408

Government's Motion to Exclude Defense Expert
    (Apr. 8, 2022, Doc. No. 70) ........................................................................424

    Gov. Exhibit A, Dr. Michael R. Smith, Expert Report .................................446

    Gov. Exhibit B, Richmond Police Department General Order 1-2,
        dated Feb. 11, 2019, and General Order 1-4, dated Feb. 13, 2018 ........457

Government's Response to Moore's Second Supplement to Motion to
    Suppress Evidence and Statements (Apr. 8, 2022, Doc. No. 71) .................471

## Volume II

Moore's Response to Motion to Exclude Defense Expert
 (Apr. 22, 2022, Doc. No. 72) ...................................................................483

  Def. Exhibit G, Virginia Department of Criminal Justice Services,
   Report on Analysis of Traffic Stop Data Collected Under
   Virginia's Community Policing Act, dated July 1, 2021 .......................499

  Def. Exhibit H, Michael R. Smith & Matthew Petrocelli,
   Racial Profiling? A Multivariate Analysis of Police
   Traffic Stop Data, dated Mar. 2001.......................................................572

  Def. Exhibit I, An act to amend and re-enact section 46 of the Code of
   Virginia, dated Mar. 20, 1924 ...............................................................596

  Def. Exhibit J, Joseph Ferrandino, Minority Threat Hypothesis and
   NYPD Stop and Frisk Policy, dated 2015..............................................597

  Def. Exhibit K, Sunghoon Roh & Matthew Robinson, A Geographic
   Approach to Racial Profiling: The Microanalysis and Macroanalysis of
   Racial Disparity in Traffic Stops, dated June 2009................................618

  Def. Exhibit L, Prabhaker Mishra et al., Selection of Appropriate
   Statistical Methods for Data Analysis, dated Sept. 2019 .......................671

  Def. Exhibit M, Steven J. Briggs & Kelsey A. Keimig,
   The Impact of Police Deployment on Racial Disparities in
   Discretionary Searches, dated 2017 ......................................................676

Moore's Reply to Government's Response to Second Supplement to Motion to
 Suppress Evidence and Statements (Apr. 23, 2022, Doc. No. 73) ................696

Government's Motion to Exclude Defense Expert
(June 20, 2022, Doc. No. 82) ..........................................................................707

Gov. Exhibit A, Moore's Expert Notice, dated June 16, 2022 ......................714

Moore's Response to Motion to Exclude Second Defense Expert
(July 6, 2022, Doc. No. 86) ............................................................................716

Def. Exhibit N, Curriculum Vitae for Dr. Marvin T. Chiles .........................724

Def. Exhibit O, Virginia Freedom of Information Act Request,
dated Feb. 1, 2022 ...........................................................................729

Def. Exhibit P, Moore's Ex Parte Motion to Enforce Subpoena
Duces Tecum, dated May 20, 2022 .................................................731

Def. Exhibit Q, Letter Regarding Ex Parte Subpoena Duces Tecum,
dated May 27, 2022 .........................................................................741

Def. Exhibit R, Marvin T. Chiles, "Here We Go Again": Race and
Redevelopment in Downtown Richmond, Virginia,
1977–Present, dated 2021 ................................................................747

Def. Exhibit S, Marvin T. Chiles, Richmond's urban crisis: Racial transition
during the Civil Rights Era, 1960–1977, dated May 2016 .....................774

Def. Exhibit T, Marvin T. Chiles, "Tough on Conduct:" Punitive
Leadership in Urban Public Schools, A Case Study of
*Angry Principal* Dr. Roy A. West, 1986–1991, dated 2020 ..................903

Def. Exhibit U, Marvin T. Chiles, "A Period of Misunderstanding,"
dated 2021........................................................................................935

## Volume III

Def. Exhibit V, Louis Bernard Cei, Law Enforcement in Richmond:
   A History of Police-Community Relations, 1737–1974,
      dated June 1975 ................................................................................971

Government's Reply in Support of Motion to Exclude Defense Expert
   (July 11, 2022, Doc. No. 89)....................................................................1246

## Volume IV

Transcript of Motion Hearing, Day I (July 18, 2022, Doc. No. 100) ..................1252

    Testimony of Dr. Eli Coston:

        Direct Examination by Ms. Koenig ..........................................................1268
        Cross Examination by Mr. Gibbons..........................................................1351

Transcript of Motion Hearing, Day II (July 19, 2022, Doc. No. 101) ................1404

    Testimony of Dr. Michael Smith:

        Direct Examination by Mr. Gibbons .......................................................1415
        Cross Examination by Ms. Koenig ...........................................................1477

    Testimony of Keon Turner:

        Direct Examination by Mr. Siebert............................................................1510
        Cross Examination by Ms. Austin ............................................................1525

    Testimony of James McDonough:

        Direct Examination by Mr. Siebert............................................................1535
        Cross Examination by Ms. Austin ............................................................1562

    Testimony of Josh Valot:

        Direct Examination by Mr. Gibbons .......................................................1573
        Cross Examination by Ms. Koenig ...........................................................1582

    Testimony of Dr. Eli Coston, resumed:

        Direct Examination by Ms. Koenig ..........................................................1586
        Cross Examination by Mr. Gibbons..........................................................1590

Order (July 19, 2022, Doc. No. 99) ...................................................................1599

Moore's Notice of Expert Report and Curriculum Vitae
    (Aug. 5, 2022, Doc. No. 102).....................................................................1601

    Attachment 1, Report to the Eastern District Court of Virginia ..................1603

Government's Renewed Motion to Exclude Defense Expert
    (Aug. 22, 2022, Doc. No. 103)...................................................................1615

    Gov. Exhibit A, City of Richmond Neighborhood Statistics
        (1980 Census), dated Nov. 1985 .........................................................1625

Moore's Response to Government's Renewed Motion to Exclude
    Second Defense Expert (Sept. 9, 2022, Doc. No. 107)...............................1629

Government's Reply in Support of Renewed Motion to Exclude Defense Expert
    (Sept. 16, 2022, Doc. No. 108) ..................................................................1639

## Volume V

Transcript of Motion Hearing, continued (Oct. 28, 2022, Doc. No. 110) ..........1644

    Testimony of Dr. Marvin Chiles:

        Direct Examination by Ms. Koenig .........................................................1650
        Cross Examination by Mr. Gibbons........................................................1720

Opinion (Nov. 13, 2023, Doc. No. 124) ............................................................1781

Opinion (Feb. 12, 2024, Doc. No. 126) ............................................................1792

Final Order (Feb. 12, 2024, Doc. No. 127)........................................................1817

Government's Motion to Reconsider and Memorandum in Support
    (Feb. 16, 2024, Doc. No. 128).....................................................................1818

Moore's Opposition to Government's Motion to Reconsider
    the Court's Final Order (Feb. 26, 2024, Doc. No. 130)...............................1824

Government's Reply to Motion to Reconsider
    (Feb. 29, 2024, Doc. No. 131).....................................................................1834

Memorandum Order (Mar. 11, 2024, Doc. No. 132) .........................................1840

Notice of Appeal (Apr. 8, 2024, Doc. No. 134) .................................................1844

    Attachment 1, Certification for Appeal.......................................................1846

**Volume VI (Digital Media)**

Additional Government Exhibits to July 26, 2021, Motion Hearing

 Gov. Exhibit 4.mp4, Body-Camera Footage, dated Dec. 5, 2020

 Gov. Exhibit 5.mp4, Body-Camera Footage, dated Dec. 6, 2020

 Gov. Exhibit 12.mp4, Body-Camera Footage, dated Dec. 6, 2020

Additional Defense Exhibits to July 26, 2021, Motion Hearing

 Def. Exhibit U3.mp4, Body-Camera Footage, dated Dec. 5, 2020

 Def. Exhibit U4.mp4, Body-Camera Footage, dated Dec. 5, 2020

 Def. Exhibit V3.mp4, Body-Camera Footage, dated Dec. 5, 2020

These files were confirmed virus-free through virus scan by Trellix Endpoint Security.