IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|      *Plaintiff/Appellant*,          ) | |
| ) | |
| v.                                   ) | Case No. 24-4201 |
| ) | |
| KEITH RODNEY MOORE,          ) | |
|      *Defendant/Appellee*.        ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE BRIEF

Counsel for the appellee, Keith Moore, move this Court, pursuant to Fed. R. App. P. 26(b), for an extension of time in which to file the response brief in this appeal. The government does not oppose this request. In support thereof, counsel state as follows:

1. The government filed its opening brief on August 30, 2024. The response brief is currently due by September 20, 2024. *See* Doc. 16 (order granting government's extension motion filed on July 30, 2024). Counsel has not previously requested an extension of this deadline.

2. Undersigned appellate counsel Patrick Bryant was not involved with the litigation of this case in the district court, and so he must carefully review the record and the government's lengthy brief. He must then communicate with Mr. Moore and co-counsel about the issues on appeal and the best responses to the government's arguments. The Federal Public Defender's Office is also engaging

with pro bono counsel from Goodwin Procter LLP, Brian Burgess and Rohiniyurie Tashima. Those attorneys are new to the case and will also need time to become familiar with the record and to digest the government's brief in advance of drafting the response brief.

3. In the coming weeks, Mr. Bryant has due opening briefs in *United States v. Jandres Flores*, No. 21-4603, on September 17, and *United States v. Krueger*, No. 24-4328, on September 26; and will be presenting oral argument in *United States v. Davis*, No. 23-4174, on September 24. Mr. Bryant also anticipates filing two reply briefs in October. Ms. Koenig will be devoting most of her time to *United States v. Pahlawan*, E.D. Va. No. 3:24-cr-41, a case charging material support to terrorists resulting in death, including ten witness depositions, CIPA filings and hearings, pre-trial motions, and client meetings requiring three hours of round-trip travel each time. In addition, Ms. Koenig has two contested sentencing hearings in other cases in September.

Goodwin attorneys Mr. Burgess and Ms. Tashima have the following upcoming deadlines and obligations: a new trial motion and motion for partial judgment in the District of Massachusetts, by approximately September 13; a pre-hearing brief in a case before the International Trade Commission (ITC) by September 20; a hearing before the ITC September 26 and 27; post-hearing briefs in the ITC by October 3 and October 10, and a summary determination brief by October


17; a cross-motion for summary judgment and opposition to summary judgment in the U.S. District Court for the District of Columbia, by October 15; and a reply brief due in the Eighth Circuit by October 21.

4. In accordance with Fourth Circuit Local Rule 27(a), undersigned counsel has informed counsel for the United States of the intended filing of this motion. The government has no objection to the requested extension.

For the foregoing reasons, counsel request an extension of 31 days, from September 20 to October 21, 2024, in which to file the response brief in this appeal.

        Respectfully submitted,

        GEREMY C. KAMENS  
        Federal Public Defender  
        for the Eastern District of Virginia

          /s/ Patrick L. Bryant  
        Patrick L. Bryant  
        Laura J. Koenig  
        Assistant Federal Public Defenders  
        Counsel for Appellant  
        1650 King Street, Suite 500  
        Alexandria, VA 22314  
        (703) 600-0800  
        Patrick_Bryant@fd.org  
        Laura_Koenig@fd.org

September 9, 2024

CERTIFICATE OF COMPLIANCE

1. This motion has been prepared using Microsoft Word for Office 365 software, Times New Roman font, 14-point proportional type size.

2. The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 490 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions. If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.

    September 9, 2024                      s/ Patrick L. Bryant
           Date                                     Patrick L. Bryant
                                                       Assistant Federal Public Defender