No. 24-4201

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

UNITED STATES OF AMERICA,
*Appellant*,

v.

KEITH RODNEY MOORE,
*Defendant-Appellee*.

_____

On Appeal from the United States District Court
for the Eastern District of Virginia, No. 3:21-cr-42 (Gibney, J.)

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

_____

Appellee Keith Moore respectfully requests, pursuant to Fed. R. App. P. 26(b), a 30-day extension of time within which to file his response brief, from October 21, 2024, to November 20, 2024. Counsel for the United States consents to this request.

Good cause exists for this extension, and this motion is not made for any improper purpose or delay. Although this is Appellee's second request for an extension of time, undersigned counsel from Goodwin Procter LLP were only recently retained to represent Appellee on a *pro bono* basis. An extension of time is

therefore necessary to allow Appellee's new counsel to familiarize themselves with the voluminous record and the relevant law and to prepare and file the response brief.

In addition, an extension of time is warranted because Appellee's counsel at Goodwin Procter have been heavily engaged with other matters, including a reply brief due in the U.S. District Court for the District of Massachusetts by October 10; a post-hearing brief due in the International Trade Commission (ITC) by October 10; a summary determination brief due in the ITC by October 17; a cross-motion for summary judgment and opposition to summary judgment in the U.S. District Court for the District of Columbia by October 15; and a reply brief due in the Eighth Circuit by October 25. Additionally, counsel at the Office of the Federal Public Defender have likewise been heavily engaged with other matters, including an opening brief due by October 17; a response to a motion for summary affirmance due by October 17; and an opening brief due by October 28. Counsel also anticipate filing a reply brief in October and another reply brief in November and are heavily involved in *United States v. Pahlawan*, No. 3:24-cr-41 (E.D. Va.), a case charging material support to terrorists resulting in death and involving ten witness depositions, CIPA filings and hearings, pre-trial motions, and client meetings requiring three hours of round-trip travel each time.

In accordance with Fourth Circuit Local Rule 27(a), counsel for Appellee have informed counsel for the United States of the intended filing of this motion. The United States consents to this motion.

For these reasons, Appellee respectfully requests an additional thirty days to file his response brief—from October 21, 2024, to November 20, 2024.

October 7, 2024                                       Respectfully submitted.

                                                                                   /s/ *Rohiniyurie Tashima*
                                                      Rohiniyurie Tashima
                                                      GOODWIN PROCTER LLP
                                                      1900 N St., N.W.
                                                      Washington, D.C. 20036
                                                      (202) 346-4000

                                                      *Counsel for Appellee*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 378 words, excluding the portions exempted by Rule 32(f). This motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font as provided by Rule 32(a)(5)–(6).

October 7, 2024                                     /s/ *Rohiniyurie Tashima*
                                                    Rohiniyurie Tashima

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the Court's CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

October 7, 2024                                          /s/ *Rohiniyurie Tashima*
                                                         Rohiniyurie Tashima