FILED: October 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4201
(3:21-cr-00042-JAG-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellant

v.

KEITH RODNEY MOORE

  Defendant - Appellee

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 11/20/2024

Any reply brief permitted within 10 days from service of response brief.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk