# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 18, 2024

_____

### RESPONSE REQUESTED - SIMILAR CASES
_____

No. 24-4201,   US v. Keith Moore
              3:21-cr-00042-JAG-1

TO:    United States of America
       Keith Rodney Moore

RESPONSE DUE: 10/21/2024

Response is required to the notice requesting information regarding similar cases on or before 10/21/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Emily Borneisen, Deputy Clerk
804-916-2704