# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: _____

Please select the appropriate option below:

 I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

 I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

Signature: *Jacqueline Bechara*  Counsel for: _____

Date: _____

  **File using event:** RESPONSE/ANSWER (to Similar Case notice)