IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Appellant, | ) |
| v. | ) No. 24-4201 |
| KEITH RODNEY MOORE, | ) |
| Defendant-Appellee. | ) |

**Government's Unopposed Motion to Continue Oral Argument**

The Court has tentatively calendared this appeal for oral argument during the January 28–31, 2025, argument session. The government respectfully moves this Court to continue the oral argument to a later argument session. The government has consulted with defense counsel, who does not oppose this request.

The undersigned has three appeals tentatively calendared for oral argument during the January 28–31, 2025, argument session: this appeal; *United States v. Shaheem Johnson*, No. 23-6896, which is also a government appeal; and *United States v. Christopher Sueiro*, No. 23-4473. Both *Johnson* and *Sueiro* are fully briefed, and both of the defendants in those cases are in custody. In this case, the defendant has not yet filed his response brief, and the government intends to file a reply brief. The defendant in this case is not in custody.

Simultaneously, the Court has tentatively calendared eight other appeals from the Eastern District of Virginia for oral argument during the January 28–31, 2025, argument session:

- *United States v. Brock Beeman*, No. 22-4488
- *United States v. Larry Burleigh*, No. 23-6254
- *United States v. Rodney Crawley*, No. 24-6257
- *United States v. Julio Alvarado Dubon*, No. 24-4076
- *United States v. Stuart McDonald*, No. 23-4052
- *United States v. Melvin Myrick*, No. 23-4768
- *United States v. Winston Oliver*, No. 23-4544
- *United States v. Angel Rosales*, No. 23-4673

The undersigned will be responsible not only for preparing to present her own arguments, but also for preparing her colleagues to present oral argument in these appeals. Meanwhile, the Appellate Unit of the U.S. Attorney's Office is currently operating with one vacant Assistant U.S. Attorney position, and a second Assistant U.S. Attorney will be leaving the office in November 2024. Accordingly, it is not feasible for the undersigned to reassign any of her tentatively calendared arguments to another attorney.

The government continues to request the opportunity to present oral argument in this appeal. The undersigned will be available to present argument during the March 18–21, 2025, and the May 6–9, 2025, argument sessions.

For these reasons, the government requests that the Court continue the oral argument to a later argument session.

                                Respectfully submitted,

                                Jessica D. Aber
                                United States Attorney

By:            /s/
                                Jacqueline R. Bechara
                                Assistant United States Attorney
                                Eastern District of Virginia
                                2100 Jamieson Avenue
                                Alexandria, Virginia 22314
                                (703) 299-3700