# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 24-4201     Caption: United States v. Keith Moore

---

Argument Session For Which You Are Scheduled: January 28-31, 2025

Dates You Are Available To Argue in the Session (if any):

January 28-31, 2025

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

United States v. Christopher Sueiro, No. 23-4473; United States v. Shaheem Johnson, No. 23-6896

Other Relevant Information:



Party(ies) You Represent:

United States of America

---

10/24/2024                                          *Jacqueline Bechara*
Date                                                                Counsel Signature

11/29/2021 SCC