FILED: November 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4201
(3:21-cr-00042-JAG-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

KEITH RODNEY MOORE

    Defendant - Appellee

-------------------------------

NATIONAL POLICE ACCOUNTABILITY PROJECT; JULIAN

    Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file an amicus curiae brief, the court grants the motion and accepts the amicus brief filed by National Police Accountability Project and JULIAN.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk