# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 22, 2024

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No. 24-4201,   US v. Keith Moore
              3:21-cr-00042-JAG-1

TO:    JULIAN
       National Police Accountability Project

REQUESTED FORM(S) DUE:  November 25, 2024

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[X] Appearance of counsel [eFiler status required]

Emily Borneisen, Deputy Clerk
804-916-2704