In the
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 24-4201

───────────────

UNITED STATES OF AMERICA,

*Plaintiff-Appellant*,

v.

KEITH RODNEY MOORE,

*Defendant-Appellee*.

───────────────

Appeal from the United States District Court
for the Eastern District of Virginia
at Richmond
*The Honorable John A. Gibney, Jr., District Judge*

───────────────

MOTION FOR LEAVE TO FILE AMICUS BRIEF

───────────────

| | |
|---|---|
| Geri Greenspan | Jenn Rolnick Borchetta |
| Eden B. Heilman | AMERICAN CIVIL LIBERTIES |
| AMERICAN CIVIL | UNION FOUNDATION |
| LIBERTIES UNION | 125 Broad Street, 18th Floor |
| FOUNDATION OF VIRGINIA | New York, NY 10004 |
| P.O. Box 26464 | (212) 549-2500 |
| Richmond VA 23261 | jborchetta@aclu.org |
| (804) 523-2146 | |
| ggreespan@acluva.org | *Attorneys for Amici Curiae* |
| eheilman@acluva.org | |

# INTRODUCTION

Pursuant to Federal Rule of Appellate Procedure 29(b), the American Civil Liberties Union Foundation ("ACLU") and ACLU of Virginia respectfully move for leave to file the accompanying Brief of Amici Curiae in Support of Defendant-Appellee Keith Rodeny Moore. Counsel for all parties have been informed of the intended filing of this motion, and all parties consent to the relief requested.

# INTEREST OF AMICI CURIAE

The ACLU and the ACLU of Virginia are non-profit, nonpartisan organizations dedicated to upholding the principles of liberty and equality enshrined in the Constitution and the nation's civil rights laws. Both organizations advocate for the right to be free from unreasonable, discriminatory, and otherwise excessive law enforcement conduct. Counsel for Amici have represented many individuals stopped, frisked, or searched in violation of the Fourth or Fourteenth Amendments, including in the class action case *Floyd v. City of New York*, which proved that that New York City Police Department's use of the stop-and-frisk tactic violated the Fourteenth Amendment's guarantee of equal protection.

# REASONS FOR AND RELEVANCE OF
# AMICI CURIAE PARTICIPATION

Amici would aid the Court's analysis in this case in two ways: first, the proposed brief provides context regarding the harmful and racially disparate use of

1

traffic stops as an investigative tactic, and second, it illuminates facts in the record beyond those explicitly identified in the District Court's decision that show Keith Rodney Moore was subject to a traffic stop at least in part because of his race. The proposed brief argues that the Court should affirm the dismissal of the indictment in order to ensure equal protection of the law, as guaranteed by the Fourteenth Amendment.

## CONCLUSION

For the foregoing reasons, Amici respectfully request that the Court grant this motion for leave to file the accompanying brief.

DATED: November 22, 2024

                                          Respectfully submitted,

                                          */s/ Jenn R. Borchetta*

Jenn Rolnick Borchetta
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jborchetta@aclu.org

Geri Greenspan
Eden B. Heilman
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF VIRGINIA
P.O. Box 26464
Richmond VA 23261
(804) 523-2146
ggreespan@acluva.org
eheilman@acluva.org

*Counsel for Amici*

2

## CERTIFICATE OF SERVICE

I certify that on November 22, 2024, the foregoing document was filed through the CM/ECF system and thereby electronically served *via* ECF on all counsel of record in this matter.

Dated: November 22, 2024

*/s/ Jenn R. Borchetta*
Jenn Rolnick Borchetta
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

*Counsel for Amici*