## RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and Local Rule 26.1, Amici American Civil Liberties Union Foundation and American Civil Liberties Union Foundation of Virginia make the following disclosure:

1. The amici are non-profit entities with no parent companies.

2. No publicly held corporation owns ten percent or more of any stake or stock in any of these three entities.

3. The amici are unaware of any publicly held corporation or entity that has a direct financial interest in the outcome of the litigation.

4. This case does not arise out of a bankruptcy proceeding.

DATED: November 22, 2024

                                                Respectfully submitted,

                                                */s/ Jenn R. Borchetta*
                                                Jenn Rolnick Borchetta
                                                AMERICAN CIVIL LIBERTIES
                                                UNION FOUNDATION

                                                *Counsel for Amici*