**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 22, 2024

_____

DOCKET CORRECTION NOTICE
_____

No. 24-4201,   <u>US v. Keith Moore</u>
              3:21-cr-00042-JAG-1

TO:     American Civil Liberties Union Foundation of Virginia

Please make the correction identified below and file a corrected document.

---

[X] The court will enter an appearance only for counsel who have registered for electronic filing. Our records indicate that Geri Greenspan does have an electronic filing account with this court.

Please register at **www.ca4.uscourts.gov** and refile the appearance of counsel for Geri Greenspan.

---

Emily Borneisen, Deputy Clerk
804-916-2704