IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | No. 24-4201 |
| ) | |
| KEITH RODNEY MOORE, ) | |
| ) | |
| Defendant-Appellee. ) | |

**Government's Unopposed Motion for an Extension
of Time to File Its Reply Brief**

Any reply brief in this matter is currently due on December 2, 2024. The government intends to file a reply brief and respectfully moves this Court for a 35-day extension, until January 6, 2025, to file its reply brief. The government has consulted with defense counsel, who does not oppose this request.

The government is proceeding diligently in preparing its reply brief but believes that an extension is warranted. The undersigned is currently preparing the government's response brief in *United States v. Sagastizado, et al.*, No. 24-4251 (due on December 3, 2024), the consolidated direct appeal of three defendants with a trial record over 2,600 pages. The undersigned is also preparing for oral argument before this Court in *United States v. Ray*, No. 24-4024 (calendared for argument on December 13, 2024), an interlocutory government appeal. After the argument, the undersigned must prepare the government's response brief in *United*

*States v. Lamborn, et al.*, No. 22-4554 (L) (due on December 23, 2024), the consolidated direct appeal of four defendants with a trial record over 5,000 pages. Meanwhile, the U.S. Attorney's Office for the Eastern District of Virginia will be closed in observance of the federal holidays on Thursday, November 28; Wednesday, December 25; and Wednesday, January 1. Accordingly, the undersigned requires additional time to review and respond to the arguments presented in the defendant's response brief and in the amicus briefs filed in support of the defendant.

Given this recent activity, as well as other obligations, an extension of the filing deadline would assist the government in preparing its reply brief in this matter. Therefore, the government requests a 35-day extension, until January 6, 2025, to file its reply brief.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____

Jacqueline R. Bechara
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

2