FILED: November 25, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4201
(3:21-cr-00042-JAG-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellant

v.

KEITH RODNEY MOORE

        Defendant - Appellee

------------------------------

NATIONAL POLICE ACCOUNTABILITY PROJECT; JULIAN; AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF VIRGINIA

        Amici Supporting Appellee

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 01/06/2025. Counsel is advised that no further extensions will be granted for filing the reply brief absent a showing of extraordinary circumstances.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk