## No. 24-4201

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## *United States v. Keith Moore*

On Appeal from
the United States District Court For
the Eastern District of Virginia at Richmond

## MOTION BY RICHMOND TRANSPARENCY AND ACCOUNTABILITY PROJECT FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF APPELLEE KEITH MOORE

MAISIE OSTEEN
LEGAL AID JUSTICE CENTER
626 E. Broad St., #200
Richmond, VA 23219
(804) 643-1086
maisie@justice4all.org

*Counsel for Richmond Transparency and Accountability Project,* Amicus Curiae

Pursuant to Federal Rule of Appellate Procedure 29 and Fourth Circuit Rule 29(a)(3), *amicus curiae*, the Richmond Transparency and Accountability Project (RTAP), respectfully moves for leave to file the accompanying brief in support of appellee Keith Moore.

## INTEREST OF *AMICUS CURIAE*

*Amicus curiae*, the Richmond Transparency and Accountability Project (RTAP), is a community organization founded in 2016. RTAP works to end policing that fuels mass incarceration, and advocates for programs that build safer, healthier communities. RTAP's members include legal experts, policy analysts, and everyday residents of Richmond who support policies that reduce physical, economic, and emotional trauma in the most heavily policed neighborhoods in the city. Through its work, RTAP regularly interacts with black individuals who have been subjected to the indignities and dangers created by the Richmond Police Department's racially disproportionate traffic enforcement methods, which result in black drivers being pulled over five times more frequently than white drivers.

## REASONS WHY THE *AMICUS* BRIEF IS RELEVANT AND DESIRABLE

*Amicus curiae* supports Appellee Keith Moore's arguments for why this Court should affirm the district court. *Amicus* interviewed black Richmonders to document their lived experiences with police stops. Their accounts, which are presented in the accompanying brief, provide important context that supplements the persuasive

statistical and historical evidence relied on by the district court and underscores the constitutional importance of the legal rule at issue here. The brief illustrates how disproportionate traffic enforcement harms black drivers and erodes the legitimacy of law enforcement. The brief demonstrates why recognizing Mr. Moore's selective enforcement claim helps ensure that whole classes of people are not treated like de facto criminals, and that all people receive the equal protection guaranteed by the Fourteenth Amendment.

*Amicus* respectfully requests that this Court grant leave to file the accompanying brief.

Dated: November 25, 2024.                    Respectfully submitted,

                                              _/s/Maisie Osteen_____
                                              MAISIE OSTEEN
                                              LEGAL AID JUSTICE CENTER
                                              626 E. Broad St., #200
                                              Richmond, VA 23219
                                              (804) 643-1086
                                              maisie@justice4all.org

                                              *Counsel for Richmond Transparency
                                              and Accountability Project,* Amicus
                                              Curiae

3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court of the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be made  by the CM/ECF system.

Dated: November 25, 2024.

*/s/Maisie Osteen*
MAISIE OSTEEN
Legal Aid Justice Center
626 E. Broad St., #200
Richmond, VA 23219
(804) 643-1086
maisie@justice4all.org

*Counsel for Richmond Transparency and Accountability Project,* Amicus Curiae

4