## *RULE 26.1 DISCLOSURE STATEMENT*

Pursuant to Fed. R. App. P. 26.1 and Local Rule 26.1, Amici Richmond Transparency and Accountability Project makes the following disclosure:

1. The amici are non-profit entities with no parent companies.
2. No publicly held corporation owns ten percent or more of any stake or stock in any of these three entities.
3. The amici are unaware of any publicly held corporation or entity that has a direct financial interest in the outcome of the litigation.
4. This case does not arise out of a bankruptcy proceeding.

Dated: November 25, 2024.

/s/ *Maisie Osteen*

_____
MAISIE OSTEEN
Legal Aid Justice Center
626 E. Broad St., #200
Richmond, VA 23219
(804) 643-1086
maisie@justice4all.org

## **TABLE OF CONTENTS**

TABLE OF AUTHORITIES..................................................................................1