**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 25, 2024

_____

RESPONSE REQUESTED

_____

No. 24-4201,　US v. Keith Moore
　　　　　　　3:21-cr-00042-JAG-1

TO:　United States of America
　　　Keith Rodney Moore

RESPONSE DUE: 12/02/2024

Response is required to the motion to file amicus brief on or before 12/02/2024.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

Emily Borneisen, Deputy Clerk
804-916-2704