IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | )    No. 24-4201 |
| | ) |
| KEITH RODNEY MOORE, | ) |
| | ) |
| Defendant-Appellee. | ) |

**Government's Response to Richmond Transparency and Accountability Project's Motion for Leave to File Amicus Curiae Brief**

The government appeals from the district court's order dismissing the indictment against Keith Moore. The government has filed its opening brief, and Moore has filed his response brief. On October 23, 2024, counsel for the Richmond Transparency and Accountability Project ("RTAP") contacted the undersigned by e-mail to seek the government's position on RTAP's request to file an amicus curiae brief in support of Moore. The undersigned responded that the government consents to the filing of the proposed amicus curiae brief. On November 25, 2024, RTAP timely filed a motion for leave to file an amicus curiae brief in support of Moore. Doc. No. 56; *see* Fed. R. App. P. 29(a)(6). The Court ordered the government and Moore to respond to the motion. Doc. No. 60. Consistent with its representation to counsel for RTAP, the government consents to the filing of the proposed amicus curiae brief.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
Jacqueline R. Bechara
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

2