No. 24-4201

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

————————————

**UNITED STATES OF AMERICA,**
*Appellant,*

**v.**

**KEITH RODNEY MOORE,**
*Defendant-Appellee.*

————————————

On Appeal from the United States District Court
for the Eastern District of Virginia, No. 3:21-cr-42 (Gibney, J.)

————————————

## APPELLEE'S RESPONSE TO MOTION FOR LEAVE TO FILE AMICUS BRIEF BY RICHMOND TRANSPARENCY AND ACCOUNTABILITY PROJECT

————————————

On November 25, 2024, this Court requested (ECF No. 60) a response to the Richmond Transparency and Accountability Project's motion for leave to file an amicus brief (ECF No. 56). Appellee Keith Moore consents to the filing of the proposed amicus brief.

December 2, 2024

Respectfully submitted.

/s/ *Brian T. Burgess*
Brian T. Burgess
GOODWIN PROCTER LLP
1900 N St., N.W.
Washington, D.C. 20036
(202) 346-4000

*Counsel for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the Court's CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

December 2, 2024                          /s/ *Brian T. Burgess*
                                                  Brian T. Burgess