FILED: December 2, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4201
(3:21-cr-00042-JAG-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellant

v.

KEITH RODNEY MOORE

       Defendant - Appellee

------------------------------

NATIONAL POLICE ACCOUNTABILITY PROJECT; JULIAN; AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF VIRGINIA; RICHMOND TRANSPARENCY AND ACCOUNTABILITY PROJECT

       Amici Supporting Appellee

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file an amicus curiae brief, the court grants the motion and accepts the amicus brief filed by Richmond Transparency and Accountability Project.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk