# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

www.ca4.uscourts.gov

December 6, 2024

_____

TENTATIVE CALENDAR ORDER

_____

No. 24-4201,   US v. Keith Moore
                       3:21-cr-00042-JAG-1

The court periodically schedules oral argument at law schools and universities throughout the Circuit. This case is tentatively calendared for in-person oral argument during the March 14, 2025, University of Maryland School of Law oral argument session. Should this case not be selected for the law school session it will automatically be considered for the court's regular oral argument session scheduled for March 18-21, 2025, in Richmond, Virginia.

Any motions that would affect the scheduling of argument, including motions to submit on the briefs or to schedule oral argument in Richmond, Virginia, must be filed by 12/16/2024, or counsel must show that relief could not have been requested by that date. Motions must state whether opposing counsel consents to the requested relief.

Any conflicts that would affect the scheduling of argument and any

additional cases counsel is tentatively scheduled to argue during this session must be identified by filing a [Notice Regarding Conflict with Proposed Argument Dates](#) (form available at [www.ca4.uscourts.gov/court-form-fees](http://www.ca4.uscourts.gov/court-form-fees)) by 12/16/2024. The form should not be filed if counsel is available throughout the session and is arguing this case only.

The court requires a total of four paper copies of all briefs and appendices filed by counsel in cases that are tentatively calendared for oral argument. If you previously filed one copy of your brief or appendix, you must now file three additional copies within 7 days of this notice. If you previously filed three additional copies in response to an earlier tentative calendar order, no additional copies are required. If you have not yet filed your brief, you must file four paper copies and an electronic copy at the time of filing. The paper copy requirement applies to any briefs and appendices filed by counsel but not to pro se briefs. Paper copies must be identical as to cover, binding, page numbering, and formatting must match the electronic copy, and must comply with the **[Fourth Circuit Brief and Appendix Requirements](#)**. No ECF entry is made by counsel when filing paper copies of previously filed briefs and appendices.

Counsel will be notified either that the case has been scheduled for argument at this session or continued to the next available session. The identity of the panel hearing a case is not disclosed until the morning of argument.

For questions regarding scheduling of argument, please call 804-916-2714.

For questions regarding required copies of briefs and appendices, please call 804-916-2700.

/s/ NWAMAKA ANOWI, CLERK
By: Naeemah Sims, Calendar Clerk