**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 6, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 24-4201,    <u>US v. Keith Moore</u>
               3:21-cr-00042-JAG-1

TO:     United States of America
         Keith Rodney Moore
         American Civil Liberties Union Foundation of Virginia
         American Civil Liberties Union Foundation
         JULIAN
         National Police Accountability Project
         Richmond Transparency and Accountability Project

RESPONSE DUE: 12/09/2024

Response is required to the notice requesting information regarding similar cases on or before 12/09/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

Emily Borneisen, Deputy Clerk
804-916-2704