# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 11, 2024

_____

RESPONSE REQUESTED

_____

No. 24-4201,   US v. Keith Moore
3:21-cr-00042-JAG-1

TO:    Keith Rodney Moore

RESPONSE DUE: 12/13/2024

Response is required to the motion to schedule oral argument in Richmond on or before 12/13/2024.

Emily Borneisen, Deputy Clerk
804-916-2704