FILED: December 30, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4201
(3:21-cr-00042-JAG-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellant

v.

KEITH RODNEY MOORE

        Defendant - Appellee

------------------------------

NATIONAL POLICE ACCOUNTABILITY PROJECT; JULIAN; AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF VIRGINIA; RICHMOND TRANSPARENCY AND ACCOUNTABILITY PROJECT

        Amici Supporting Appellee

_____

O R D E R
_____

Upon consideration of submissions relative to the Government's motion to schedule oral argument in Richmond, the court denies the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk